**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000760**
**13-MAR-2013**
**09:14 AM**

NO. CAAP-12-0000760


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ONEWEST BANK, F.S.B.
Plaintiff-Appellee,
v.
KATONAH DEVELOPMENT LLC, and MICHAEL J. FUCHS,
Defendants-Appellants
and
KE KAILANI COMMUNITY ASSOCIATION,
MAUNA LANI RESORT ASSOCIATION,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50, DOE PARTNERSHIPS 1-50,
DOE CORPORATIONS 1-50, DOE ENTITIES 1-50,
and DOE GOVERNMENTAL UNITS 1-50
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-01-314K)


ORDER APPROVING STIPULATION FOR
VOLUNTARY DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Stipulation of Voluntary Dismissal of Appeal and Order, filed by Defendants-Appellants Katonah Development LLC and Michael J. Fuchs on March 5, 2013, the papers in support, and the records and files herein, it appears that Appellants and Plaintiff-Appellee Onewest Bank, F.S.B. have stipulated to dismissal of Appellants' appeal, with each party to bear their own attorney's fees and costs of the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed, each party is to bear their own attorney's fees and costs of the appeal.

DATED:     Honolulu, Hawai'i, March 13, 2013.


Chief Judge


Associate Judge


Associate Judge